# Exhibit O

**From:** Robert Foote III <robert@vesmaelectric.com>
**Sent:** Friday, June 12, 2026 2:41 PM
**To:** Stephen Fisher <Steve@sfisherlaw.com>
**Subject:** Re: Barbara B. Buzard Descendants' Trust - Revolving Line of Credit Note

I confirm receipt of this email and will respond formally in short order.

Thank you,
Rob

ROBERT T FOOTE III \ 626.818.9061 \ VESMAELECTRIC.COM \ VESMA ELECTRIC INC.

.

This email may contain confidential information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute, or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

.

**From:** Stephen Fisher <Steve@sfisherlaw.com>
**Date:** Tuesday, June 9, 2026 at 2:25 PM
**To:** Robert Foote III <robert@vesmaelectric.com>
**Subject:** Barbara B. Buzard Descendants' Trust - Revolving Line of Credit Note

Rob, I have attached a letter advising Vesma Electric of a second notice of event of default under the Revolving Line of Credit Note.

Please confirm receipt of the attached letter.

**STEPHEN M. FISHER & ASSOCIATES** | Attorneys at Law

**Stephen M. Fisher**
**13115 Watertown Plank Road, #313**
**Elm Grove, WI 53122**
**(414) 467-5777**
**steve@sfisherlaw.com**