AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York

| | |
|---|---|
| STEPHEN M. FISHER AND ROBERT T. FOOTE, JR., AS TRUSTEES FOR THE BARBARA B. BUZARD DESCENDANTS' TRUST FOR ROEBERT T. FOOTE, JR., <br><br> *Plaintiff(s)* <br><br> v. <br><br> VESMA ELECTRIC, INC. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vesma Electric, Inc.
225 West 36th Street, Suite 504
New York, New York 10018


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Scott A. Griffin
Wiggin and Dana LLP
437 Madison Avenue, 35th Floor
New York, New York 10022


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  7/6/2026    /s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05653-MMG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Vesma Electric Inc</u> was received by me on *(date)* <u>Jul 7, 2026</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Megan Smith, Document Specialist</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Vesma Electric Inc</u> on *(date)* <u>Tue, Jul 07 2026, 3:40 pm at 8 The Green Ste. B, Dover, DE 19901</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date:    July 8, 2026

_____
*Server's signature*

Rebecca Dressler
_____
*Printed name and title*

PO Box 583, Geneva, IL 60134-0583
_____
*Server's address*

Additional Document(s) Served:
Complaint; Exhibits A-O; Civil Cover Sheet

16304109