USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. FISHER and ROBERT T. FOOTE, JR.,

Plaintiff,

-against-

VESMA ELECTRIC, INC.,

Defendant.

26-CV-05653 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

On July 9, 2026, the Court ordered the parties to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order by no later than August 11, 2026, in advance of the Initial Pretrial Conference scheduled for August 18, 2026. *See* Dkt. No. 7. On July 24, 2026, the parties submitted a letter to the Court requesting adjournment of the August 18 conference and associated pre-conference filings. Dkt. No. 8. In the same letter, the parties requested the deadline for Defendant to answer, move against, or otherwise respond to the Complaint be extended to August 21, 2026. *Id.* On July 27, the Court granted the parties' requests, extended the deadline for Defendant to respond to the Complaint to August 21, 2026, extended the deadline for the parties to submit the joint letter and proposed case management plan to September 1, 2026, and adjourned the Initial Pretrial Conference to September 8, 2026. Dkt. No. 9.

The deadline for the Defendant to respond to the Complaint has passed, with no filing and no request for an extension of time. Furthermore, Plaintiff has informed the Court that it has been unable to make contact with Defendant to confer regarding the Joint Status Report and proposed Case Management Plan, or any other matter. *See* Dkt. No. 10.

In light of these circumstances, on September 2, 2026, the Court adjourned the September 8, 2026 Initial Pretrial Conference *sine die*. Dkt. No. 11.

In the interests of resolving cases on the merits, the Court will *sua sponte* extend Defendant's time to answer, move against, or otherwise respond to the Complaint to **September 8, 2026**.

If Defendants do not respond to the Complaint by **September 8, 2026**, then by **September 15, 2026**, Plaintiff must seek a certificate of default and file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

Defendants shall file any opposition to any motion for default judgment by no later than **September 29, 2026**.

Plaintiff shall serve a copy of this Order on Defendants by mail delivery service that provides delivery confirmation or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **September 18, 2026**, and shall file proof of such service by **September 21, 2026**.

If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: September 2, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge